**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | |
|---|---|
| IN RE: ROBERT DALE PLEASANT<br>JANIE PLEASANT<br>Debtors | Case No. 24-51166-RRM<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, T. Wood Smith, do hereby certify that on January 10, 2025, a true and exact copy of the **CHAPTER 13 PLAN** has been served upon the following creditors by United States First Class Mail (USM).

Flagship Credit Acceptance, LLC    (USM)
Attn: Chief Executive Officer
3 Christy Dr. Suite 201
Chadds Ford, PA 19317-9670 USA

BY: _s/ T. Wood Smith_
**T. WOOD SMITH, #006340**
**Attorney for Debtor**
**206 S Irish Street**
**Greeneville, TN 37743**
**(423) 639-3588**
**woodman1008@comcast.net**