# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Robert Dale Pleasant  
Janie Davis Pleasant  
    Debtor(s)

Case Number: 2:24–bk–51166–RRM  
Chapter: 13

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

    Notice is hereby given that, subject to limited exceptions, an individual debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 or chapter 13. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a certificate of course completion issued by the provider.

    Debtor(s) and/or attorney for the debtor(s) is/are hereby notified that a certificate of course completion must be filed before a discharge can be entered. Debtor(s) and/or attorney for the debtor(s) is/are hereby notified that the debtor(s) must file a certificate within the applicable time limit under Federal Rule of Bankruptcy Procedure 1007(c). Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

William T. Magill  
Clerk of the Bankruptcy Court

2/3/25  
DATE

By: __adi____  
Deputy Clerk