United States Bankruptcy Court

Eastern District of Tennessee

In re:   Case No. 24-51166-RRM

Robert Dale Pleasant   Chapter 13

Janie Davis Pleasant

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0649-2   User: admin   Page 1 of 2
Date Rcvd: Feb 03, 2025   Form ID: ntcrtfsc   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Janie Davis Pleasant, 101 B Easterly Lane, Greeneville, TN 37743-2133 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: weatherbob@fullsail.edu | Feb 03 2025 20:02:00 | Robert Dale Pleasant, 101 B Easterly Lane, Greeneville, TN 37743-2133 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Debra L Miller | ECFKnoxville@trustee13.com   trustee13@ch13etn.com |
| T. Wood Smith | on behalf of Joint Debtor Janie Davis Pleasant woodman1008@comcast.net |
| T. Wood Smith | on behalf of Debtor Robert Dale Pleasant woodman1008@comcast.net |

| | | |
|---|---|---|
| District/off: 0649-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 03, 2025 | Form ID: ntcrtfsc | Total Noticed: 2 |

United States Trustee
          Ustpregion08.kx.ecf@usdoj.gov

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Robert Dale Pleasant  
Janie Davis Pleasant  
    Debtor(s)

Case Number:  2:24−bk−51166−RRM  
Chapter:  13

## NOTICE OF REQUIREMENT TO FILE A
## CERTIFICATE OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT

    Notice is hereby given that, subject to limited exceptions, an individual debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 or chapter 13. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a certificate of course completion issued by the provider.

    Debtor(s) and/or attorney for the debtor(s) is/are hereby notified that a certificate of course completion must be filed before a discharge can be entered. Debtor(s) and/or attorney for the debtor(s) is/are hereby notified that the debtor(s) must file a certificate within the applicable time limit under Federal Rule of Bankruptcy Procedure 1007(c). Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate, the debtor(s) must pay the full reopening fee due for filing the motion.

William T. Magill  
Clerk of the Bankruptcy Court

2/3/25  
DATE

By:  __adi____  
Deputy Clerk