IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:   Robert Dale Pleasant                                 Case No. 2:24-bk-51166-RRM
         Janie Davis Pleasant                                 Chapter 13
         Debtors

**ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO CLAIM FILED BY CACH, LLC, C/O RESURGENT CAPITAL SERVICES (#05)**

This case is before the Court on the Objection by the Chapter 13 Trustee to claim number 5 filed by CACH, LLC, c/o Resurgent Capital Services in the amount of $624.08.  As asserted by the Chapter 13 Trustee in the objection and no response in opposition from the Claimant, it appears from the claim and attachment(s) as filed that the claim is unenforceable against the Debtors and property of the Debtors based upon the applicable statute of limitations (T.C.A. 28-3-109).  Accordingly, it is

**ORDERED** that the objection to the claim number 5 filed by CACH, LLC, c/o Resurgent Capital Services in the amount of $624.08 is **SUSTAINED** and the claim is **DISALLOWED** in its entirety pursuant to 11 U.S.C. § 502(b)(1).  It is further

**ORDERED** that this Order is without prejudice as to any future motion(s) and/or adversary proceedings for turnover of any funds paid to date on said claim.

###

**APPROVED FOR ENTRY:**

s/ Debra L. Miller, Trustee
Debra L. Miller, #19656-49 IN
Standing Chapter 13 Trustee
PO Box 59030
Knoxville, TN 37950
(865) 524-4995